# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Walbridge Aldinger Company | ) ASBCA No. 61250 |
| n/k/a Walbridge Aldinger LLC | ) |
| | ) |
| Under Contract No. N69450-09-C-0758 | ) |

APPEARANCE FOR THE APPELLANT:        Barry Jay Jensen, Esq.
                                     Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                     Navy Chief Trial Attorney
                                     Robert R. Kiepura, Esq.
                                     Senior Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket.

Dated: 23 January 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61250, Appeal of Walbridge Aldinger Company n/k/a Walbridge Aldinger LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals